## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL JONES,** | : | **CIVIL ACTION NO. 1:07-CV-0885** |
| | : | |
| **Petitioner** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **TROY WILLIAMSON,** | : | |
| | : | |
| **Respondent** | : | |

## <u>ORDER</u>

AND NOW, this 11th day of July, 2007, upon consideration of the report and recommendation of the magistrate judge (Doc. 10), recommending denial of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), to which objections were filed (<u>see</u> Doc. 11), and it appearing that the petitioner avers that the Bureau of Prisons ("BOP") did not have the authority to revoke his good time credits because he was sentenced pursuant to the District of Columbia Criminal Code (<u>see</u> Doc. 1), and it appearing that the United States Court of Appeals for the Third Circuit has held that the BOP does have the authority to revoke good time credits earned by District of Columbia Criminal Code prisoners, <u>see</u> <u>Mitchell v. Romine</u>, 158 F. App'x 367, 369 (3d Cir. 2005) (rejecting the prisoner's "contention that as an inmate convicted in the District of Columbia, the Bureau of Prisons had no authority to take away his good-time credits"), it is hereby ORDERED that:

1.  The report of the magistrate judge (Doc. 10) is ADOPTED.

2.  The petition for writ of habeas corpus (Doc. 1) is DENIED.

3.  A certificate of appealability is DENIED.  <u>See</u> 28 U.S.C. § 2253.

4.  Any appeal from this order is DEEMED frivolous and not in good faith.  <u>See</u> 28 U.S.C. § 1915(a)(3).

5.  The Clerk of Court is directed to CLOSE this case.


  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge